Ray Clark, Plaintiff in Error, v. The State of Florida, Defendant in Error.

*Fred H. Davis,* Attorney General, for the motion.

Mary E. Talbott, Plaintiff in Error, v. Commercial Bank & Trust Company, Defendant in Error.

*W. O. Anderson,* for Plaintiff in Error;

*W. Wallace Shafer,* for Defendant in Error.

Mary E. Talbott, Plaintiff in Error, v. Commercial Bank & Trust Company, Defendant in Error.

*W. O. Anderson,* for Plaintiff in Error;

*W. Wallace Shafer,* for Defendant in Error.